```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    IRA A. DAVES
 4  Assistant United States Attorney
    California Bar No. 156724
 5      Room 7516, Federal Building
        300 North Los Angeles Street
 6      Los Angeles, California  90012
        Telephone:  (213) 894-2443
 7      Fax: (213) 894-7819
        E-Mail: Ira.Daves@usdoj.gov
 8
    Attorneys for Defendant United States of America
 9
10              UNITED STATES DISTRICT COURT
11          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                   WESTERN DIVISION
13
    LETICIA SERRANO,          )   NO. CV 06-6800-MMM(FMOx)
14                            )
         Plaintiff,           )
15                            )   [PROPOSED] ORDER APPROVING
         v.                   )   STIPULATION FOR COMPROMISE
16                            )   AND GENERAL RELEASE
    UNITED STATES OF AMERICA, )
17                            )
                              )
18       Defendant.           )   Hon. Margaret M. Morrow
    _____)   United States District Judge
19
20
21
22
23
24
25
26
27
28
```

Case 2:06-cv-06800-MMM-FMO Document 20-3 Filed 02/15/2008 Page 2 of 2

1  The Court hereby APPROVES the parties' Stipulation for
2  Compromise and General Release.
3
4  IT IS SO ORDERED.
5
6  DATED: FEB. 15, 2008        *Margaret M. Morrow*
                                Hon. Margaret M. Morrow
7                               United States District Judge
8
   Presented by:
9
   THOMAS P. O'BRIEN
10 United States Attorney
   LEON W. WEIDMAN
11 Assistant United States Attorney
   Chief, Civil Division
12
13
         /s/
14 _____
   IRA A. DAVES
   Assistant United States Attorney
15 Attorneys for Defendant

2